AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

2010 OCT -6  P 1: 04

Timothy P. Harris, Pro Se'

          *Plaintiff*

v.                            2:10-cv-01662-GMN-LRL

AMERICAN GENERAL FINANCIAL SERVICES,LLC

          *Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMERICAN GENERAL FINANCIAL SERVICES,LLC
PO Box 54290, Los Angeles, CA. 90054
Served upon their Registered Agent for the State of Nevada
CSC SERVICES OF NEVADA, INC.
502 EAST JOHN STREET
CARSON CITY, NV. 89706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Timothy Harris
4005 Cherokee Rose Ave
North Las Vegas, NV 89031
702-371-3658

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 9/27/10

CLERK OF COURT

*Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:10-cv-01662-GMN-LRL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **AMERICAN GENERAL FINANCIAL SERVICES, LLC**
was received by me on *(date)* **09/28/2010**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Cyndy Woodgate of CSC Services of NV, Inc., RA**, who is designated by law to accept service of process on behalf of *(name of organization)* **American General Financial Services, LLC** on *(date)* **09/29/2010** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **90.00** for travel and $ **0.00** for services, for a total of $ **90.00**.

I declare under penalty of perjury that this information is true.

Date: **09/30/2010**

*Server's signature*

Robert Deale, Licensed Process Server
*Printed name and title*

10580 N. McCarran Blvd., Suite 115-130
Reno, Nevada 89503
*Server's address*

Additional information regarding attempted service, etc: