# UNITED STATES DISTRICT COURT
## for the
## District of Nevada

| | |
|---|---|
| Timothy P. Harris<br>Plaintiff, *ProSe'*<br><br>V.<br>AMERICAN GENERAL FINANCIAL<br>SERVICES, LLC<br>Defendant | Case No.: 2:10-cv-01662-GMN-LRL<br>Civil Rights Violations<br>TRIAL BY JURY DEMANDED |

### Timothy P. Harris, CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff Timothy P. Harris states as follows and hereby discloses as follows:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case: The Plaintiffs are not any type of Corporation or LLC etc. but private individuals. **Plaintiff, Timothy P. Harris Pro Se'**

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:
**None known at this time.**

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:
**None known at this time.**

4.) The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:
**Timothy P. Harris (Plaintiff)**

I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

1

Respectfully submitted this 6th day of October, 2010

*/s/ Timothy P. Harris*
Timothy P. Harris
4005 Cherokee Rose Ave
North Las Vegas, NV 89031
extremeps1@cox.net
702-371-3658

## CERIFICATE OF SERVICE

I hereby certify that a copy of the forgoing amended complaint Timothy P. Harris vs. AMERICAN GENERAL FINANCIAL SERVICES, LLC was sent via certified US mail # 7009 3410 0001 0346 3508 to their registered agent's place of business at CSC SERVICES OF NEVADA INC., 502 EAST JOHN STREET, CARSON CITY, NEVADA 89706 on or about the 6th day of October, 2010

*/s/ Timothy P. Harris*
Timothy P. Harris
4005 Cherokee Rose Ave
North Las Vegas, NV 89031
extremeps1@cox.net
702-371-3658