# Exhibit "A"

# Exhibit "A"

# Justice Court, North Las Vegas Township
## CLARK COUNTY, NEVADA

| | | |
|---|---|---|
| Name: | American General Finance | 2012 AUG 19 P 1: 06 CASE NO: 06/0AN 380 |
| Address: | 420 N. Nellis Blvd., Ste. A8 | JUSTICE COURT |
| | Las Vegas, NV 89110 | NORTH LAS VEGAS, NV |
| | Plaintiff, | |

**AFFIDAVIT OF COMPLAINT**

—vs—

| | |
|---|---|
| Name: | Timothy P. Harris |
| Address: | 4005 Cherokee Rose Avenue |
| | North Las Vegas, NV 89031 |
| | Defendant. |

**SMALL CLAIMS**

STATE OF NEVADA )
COUNTY OF CLARK )

_____Ilene Martinez_____, being duly sworn, states that the Defendant owes the Plaintiff the sum of $ 4109.27 for default on account # 11879711 . Plaintiff also requests that all court costs and collection fees be added to the total of the judgment.

that demand for payment has been made; the Defendant refuses to pay; that the Defendant either resides, works or does business in the North Las Vegas Township, County of Clark, State of Nevada.

SUBSCRIBED AND SWORN to before me this

18th day of August , 2010

NOTARY PUBLIC

OR ON THE LINE BELOW.

(a) If executed in this state

Execute_____

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
DAWN WEISLEK
Appt. No. 07-3218-1
My Appt. Expires April 4, 2011

_I declare under penalty of perjury that the foregoing is true and correct._

Phone Number: 702-459-3003

Date: August 18, 2010

_____ (Signature)

(b) If executed outside of this state (Nevada): "I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct."

Executed on

_____         _____
(Date)                                              (Signature)

## SUMMONS & ORDER TO APPEAR

**NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU APPEAR ON THE FOLLOWING DATE.**

You are hereby ordered to appear for trial on the Plaintiff's claim at the Justice Court, North Las Vegas Township, located at 2428 N. Martin Luther King Blvd., NLV, NV 89032 Department 1

ON SEPTEMBER , 29th AT THE HOUR OF 13 and present any defense you may have.

You are further notified that in the event you do not appear, Default Judgment will be given against you in the amount claimed due by the Plaintiff, which may result in the garnishment of wages and the seizure of property. PLEASE BRING WITH YOU ALL WITNESSES, AN ORIGINAL AND 2 COPIES OF ANY EVIDENCE, RECEIPTS OR BOOK, NECESSARY TO PROVE YOUR CASE.

APPROPRIATE COURTROOM ATTIRE REQUIRED. KNEE-LENGTH SHORTS ARE PERMITTED. NO HALTER OR TANK TOPS. SHOES ARE REQUIRED. NO FOOD OR DRINK PERMITTED. NO SMOKING IN THE COURTHOUSE. CHILDREN MUST REMAIN QUIET.

CERTIFIED COPY

The document to which this certificate is attached is a full, true and correct copy of the original on file and of record in Justice Court of North Las Vegas Township, in and for the County of Clark, State of Nevada.

By: _____ Deputy

DATE: OCT 14 2010