# Exhibit "B"

# Exhibit "B"

# JUSTICE COURT, NORTH LAS VEGAS TOWNSHIP
## Clark County Nevada

AMERICAN GENERAL FINCANCE )
)
)
)
)
PLAINTIFF(S), )
)
VS )  CASE NO. 10AN000380
)
)
TIMOTHY P HARRIS )  **JUDGMENT**
)
)  RENDERED ON: 09/29/2010
)
DEFENDANT(S). )

FILED 2010 OCT 1 [stamp]
JUSTICE COURT
N. LAS VEGAS, NV
CLERK

This matter, having come before the Court for trial, or having been reduced to a confession of judgment, or Defendant(s) having failed to appear for the scheduled hearing, it is hereby ordered that Plaintiff(s) shall have and recover against Defendant(s) as follows:

| | |
|---|---|
| PRINCIPAL AMT. OF JUDGMENT: | $ 4,109.27 |
| COURT COSTS: | $ 206.00 |
| ATTORNEY'S FEES: | $ 0.00 |
| OTHER FEES: | $ 0.00 |
| TOTAL: | $ 4,315.27 |

TERMS (IF ANY): _____

If a trial was held in this matter, and if written findings of fact and conclusions of law were specifically requested by the parties, those findings and conclusions will be attached on the next page(s).

Pursuant to Rule 98 and Rule 6 of the Justice Court Rules of Civil Procedure, a party may appeal from this judgment to District Court. The filing of the Notice of Appeal must be done **within five days** from the date listed below. If the fifth day falls on a Saturday, Sunday, or holiday, the deadline will be extended until the end of the next judicial day.

CERTIFIED COPY
The document to which this certificate is attached is a full, true and correct copy of the original on file and of record in Justice Court of North Las Vegas Township, in and for the County of Clark, State of Nevada.
By: _____ Deputy
DATE: OCT 11 2010

STEPHEN J DAHL, 09/29/2010
**JUSTICE OF THE PEACE**

NLVCVORD50
Rev. 6/28/05