**FENNEMORE CRAIG, P.C.**
DAVID W. DACHELET, ESQ.
Nevada State Bar No. 6615
300 South 4th Street, 14th Floor
Las Vegas, Nevada  89101-6014
Telephone: (702) 692.8000
Facsimile:  (702) 692.8099
e-mail: ddachele@fclaw.com

*Attorneys of Record for Defendant American General Financial Services of America, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY P. HARRIS, Pro Se,<br><br>    Plaintiff,<br><br>*vs.*<br><br>AMERICAN GENERAL FINANCIAL SERVICES LLC,<br><br>    Defendant. | Case No.:   2:10-cv-01662-GMN-LRL<br><br>**CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |

Pursuant to FRCP Rule 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Defendant AMERICAN GENERAL FINANCIAL SERVICES OF AMERICA, INC. erroneously sued herein as AMERICAN GENERAL FINANCIAL SERVICES, LLC, certifies that the following have an interest in the outcome of this case:

1.	American General Financial Services of America, Inc. ("AGFSA") is a Delaware corporation, which is wholly owned by American General Finance Corporation ("AGFC"), an Indiana corporation.

2.	AGFC is wholly owned by American General Finance, Inc. ("AGFI"), an Indiana corporation.

3.	AGFI is wholly owned by AIG Capital Corporation ("AIGCC"), a Delaware corporation.

4.	AIGCC is wholly owned by American International Group, Inc., which is a

LAS/102055.1/12547.009

1  publicly-traded entity.

2  These representations are made to enable judges of the Court to evaluate possible
3  disqualification or recusal.

4  DATED this 26th day of October, 2010.

**FENNEMORE CRAIG, P.C.**

By: _/s/ David W. Dachelet_
DAVID W. DACHELET
Nevada State Bar No. 6615
300 South Fourth Street, 14th Floor
Las Vegas, Nevada 89101-6014
Tel. (702) 692-8000
Fax (702) 692-8099
Email: ddachelet@fclaw.com
*Attorneys of Record for Defendant American General Financial Services of America, Inc.*

LAS/102055.1/12547.009

FENNEMORE CRAIG, P.C.
LAS VEGAS

- 2 -

## CERTIFICATE OF SERVICE

On October 26, 2010, I served the following document(s):

**CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1**

I served the above-named document(s) by the following means to the persons as listed below:

[ ]   **By ECF System** (or the "Notice of Electronic Filing" to all addressees):

[**X**]   **By U.S. Mail**, postage fully prepared to persons and addresses as follows:

Timothy P. Harris
4005 Cherokee Rose Avenue
North Las Vegas, Nevada 89031-3685
*Plaintiff In Pro Per*

[ ]   **By Personal Service (to persons and addresses):**

[ ]   For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
[ ]   For a party, deliver was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]   **By Direct Email** (as opposed to through the ECF system [list persons and email addresses]). Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   **By Facsimile Transmission:** (list persons and fax numbers):  Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

[ ]   **By Messenger:**  I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger service. (A declaration by the messenger must be attached to this Certificate of Service).

LAS/102055.1/12547.009

1    I declare under penalty of perjury that the foregoing is true and correct.

2    DATED this 26th day of October, 2010.

                                          ***/s/ Shirley May Martir-Ligot***
                                          An Employee of Fennemore Craig, P.C.