1  Timothy P. Harris, Pro Se'
2  4005 Cherokee Rose Ave.
3  North Las Vegas, NV. 89031
4  702-371-3658
5  extremeps1@cox.net
6

7  **IN THE UNITED STATES DISTRICT COURT**
8  **FOR THE DISTRICT OF NEVADA**

|  |  |
|---|---|
| Timothy P. Harris, Pro Se' <br> Plaintiff | Case No: 2:10-cv-01662-GMN-LRL |
| V. | **Civil Rights Violation Complaint** <br> **Trial By Jury Demanded** |
| AMERICAN GENERAL FINANCIAL <br> SERVICES OF AMERICA, INC. <br> Defendant |  |

9  **NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

10

11  **TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

12  **NOTICE IS HEREBY GIVEN** that on Wednesday, November 17, 2010 a copy of this Notice

13  of Motion was sent to the Defendant, American General Services Of America, Inc.'s counsel in

14  an attempt to once again try to come to a resolution in this matter without needing to waste the

15  courts time.  The Notice was sent by way of United States Postal Service Certified Mail Return

16  Receipt 7009 3410 0001 0346 3607 which the defense counsel received on Thursday, November

17  18, 2010 and as of 10:00am on Monday November 22, 2010 there has been no reply.  May it be

18  noted that this day, Monday, November 22nd, 2010, on or about 11:00am, or as soon thereafter as

19  the matter may be heard of this Court, Plaintiff will move this Court for an order granting

20  summary judgment in favor of the Plaintiff, pursuant to FRCP rule 56, on the grounds that

21  Defendant pulled Plaintiff's credit report during litigation under false pretenses which is a

22  violation of FCRA Act § 619 Obtaining information under false pretenses [15 U.S.C. § 1681q]

23  and supported with the follow case law:

24

25  Rice v. Montgomery Ward & Co., Inc. 450 F. Supp. 688, 670-72 (M.D. N.C. 1978) (Defendant

26  violates FCRA if it obtains a consumer report on Plaintiff after Plaintiff institutes an action

27  against defendant.  Such an inquiry is impermissible.);

Bils v. Nixon, Hargrave, Devans & Doyle, 880 P.2d 743 (Ariz. App. 1994) (improper to get report to discover information which might be used in litgation); Duncan v. Handmaker, 149 F.3d 424, 426-28 (6th Cir. 1998) (no legitimate business needs to obtain report to prepare for litigation); Bakker v. Mckinnon, 152 F.3d 1007, 1011-12 (8th Cir. 1998) (same);

Auriemma v. Montgomery, 860 f.2d 273, 279, 280-281 (7th Cir. 1998) (extra-judicial I investigation by attorneys improper; no privilege);

Mone v. Dranow, 945 F.2d 306, 308 (9th Cir. 1991) (obtaining credit report to investigate for purposes of litigation improper);

Boothe v. TRW Credit Data, 557 F. Supp. 66, 70-71 (S.D.N.Y. 1982); Rylewicz v. Beaton Services, Ltd., 698 F. Supp.. 1391, 1400 n. 10 (N.D. Ill. 1988), aff'd 888F.2d 1175, 1181 (7th Cir. 1989); Houghton v. N.J. Maunfacturer's Ins. Co., 795 F.2d 1144, 1149 (3d Cir. 1986) (obtaining report after litigation for use in litigation improper).

Plaintiff is also entitled to summary judgment as a matter of law.

This motion is based on this Notice, the records and papers on file herein, the attached Memorandum of Points and Authorities, the Affidavit of Timothy Harris, the attached Separate Statement of Undisputed Material Facts, and on such other evidence as may be presented at the hearing of this motion.

Respectfully submitted this 22nd day of November, 2010.

Timothy Harris
4005 Cherokee Rose Ave.
North Las Vegas, NV 89031
702-371-3658
extremeps1@cox.net

2

## CERTIFICATE OF SERVICE

I, the Plaintiff, Timothy Harris, does hereby certify that a copy of this Notice and Motion For Summary Judgment was sent to the Defendant American General Financial Services Of America, Inc. through their attorney of record David W. Dachelet, Esq., Nevada Bar No. 6615, 300 South Fourth Street, Suite 1400, Las Vegas, Nevada 89101 for the purpose of satisfying the requirement for Notice and Service and was sent via the United States Postal Service pursuant to Federal Rules of Civil Procedure 4 (c) (2) (c) (i). This will also be available to any and all PACER ECF participants and will serve as Notice and Service.

Timothy P. Harris
4005 Cherokee Rose Ave.
North Las Vegas, NV. 89031
702-371-3658
extremeps1@cox.net

3

1  Timothy P. Harris, Pro Se'
2  4005 Cherokee Rose Ave.
3  North Las Vegas, NV. 89031
4  702-371-3658
5  extremeps1@cox.net
6
7  ## IN THE UNITED STATES DISTRICT COURT
8  ## FOR THE DISTRICT OF NEVADA

Timothy P. Harris, Pro Se'                    )
Plaintiff                                      )
                                               )        Case No: 2:10-cv-01662-GMN-LRL
V.                                             )
                                               )        **Civil Rights Violation Complaint**
AMERICAN GENERAL FINANCIAL                     )        **Trial By Jury Demanded**
SERVICES OF AMERICA, INC.                      )
Defendant                                      )

9   ## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAITIFF'S
10  ## MOTION FOR SUMMARY JUDGMENT
11
12
13  ### I.  STATEMENT OF FACTS
14  Plaintiff's complaint for Defendant's continual violation of Plaintiff's civil rights is based on the
15  Fair Credit Reporting Act § 619. Obtaining information under false pretenses [15 U.S.C. §
16  1681q].
17
18  ### II.  STATEMENT OF FACTS
19  By this motion of summary judgment, brought pursuant to FRCP rule 56, Plaintiff contends
20  Defendant has pulled Plaintiff's credit report during litigation under false pretenses which is a
21  violation of FCRA Act § 619 Obtaining information under false pretenses [15 U.S.C. § 1681q] is
22  a violation AND is a grounds for motioning the court to proceed with summary judgment.
23
24  ### III. ARGUMENT
25  1. Plaintiff is entitled for summary judgment because Defendant has obtained Plaintiff's
26  information under false pretenses § 619 Obtaining information under false pretenses [15 U.S.C. §
27  1681q]:  Any person who knowingly and willfully obtains information on a consumer from a

28  consumer reporting agency under false pretenses shall be fined under title 18, United States
29  Code, imprisoned for not more than 2 years, or both.
30
31  2. Summary judgment is supported by the following case law:
32  Rice v. Montgomery Ward & Co., Inc. 450 F. Supp. 688, 670-72 (M.D. N.C. 1978) (Defendant
33  violates FCRA if it obtains a consumer report on Plaintiff after Plaintiff institutes an action
34  against defendant.  Such an inquiry is impermissible.);
35
36  Bils v. Nixon, Hargrave, Devans & Doyle, 880 P.2d 743 (Ariz. App. 1994) (improper to get
37  report to discover information which might be used in litgation); Duncan v. Handmaker, 149
38  F.3d 424, 426-28 (6th Cir. 1998) (no legitimate business needs to obtain report to prepare for
39  litigation); Bakker v. Mckinnon, 152 F.3d 1007, 1011-12 (8th Cir. 1998) (same);
40
41  Auriemma v. Montgomery, 860 f.2d 273, 279, 280-281 (7th Cir. 1998) (extra-judicial I
42  investigation by attorneys improper; no privilege);
43
44  Mone v. Dranow, 945 F.2d 306, 308 (9th Cir. 1991) (obtaining credit report to investigate for
45  purposes of litigation improper);
46
47  Boothe v. TRW Credit Data, 557 F. Supp. 66, 70-71 (S.D.N.Y. 1982); Rylewicz v. Beaton
48  Services, Ltd., 698 F. Supp.. 1391, 1400 n. 10 (N.D. Ill. 1988), aff'd 888F.2d 1175, 1181 (7th
49  Cir. 1989); Houghton v. N.J. Maunfacturer's Ins. Co., 795 F.2d 1144, 1149 (3d Cir. 1986)
50  (obtaining report after litigation for use in litigation improper).
51
52                              **IV. CONCLUSION**
53  Based on the foregoing, Plaintiff respectfully submits that he has established legal grounds to
54  Defendant's action, and therefore, his motion for summary judgment should be granted.
55
56
57  Respectfully submitted this 22nd day of November, 2010
58

2

*Timothy Paul H*

Timothy Harris
4005 Cherokee Rose Ave.
North Las Vegas, NV 89031
702-371-3658
extremeps1@cox.net


## CERTIFICATE OF SERVICE

I, the Plaintiff, Timothy Harris, does hereby certify that a copy of this Memorandum Of Points And Authorities was sent to the Defendant American General Financial Services Of America, Inc. through their attorney of record David W. Dachelet, Esq., Nevada Bar No. 6615, 300 South Fourth Street, Suite 1400, Las Vegas, Nevada 89101 for the purpose of satisfying the requirement for Notice and Service and was sent via the United States Postal Service pursuant to Federal Rules of Civil Procedure 4 (c) (2) (c) (i). This will also be available to any and all PACER ECF participants and will serve as Notice and Service.


*Timothy Paul H*

Timothy P. Harris
4005 Cherokee Rose Ave.
North Las Vegas, NV. 89031
702-371-3658
extremeps1@cox.net

3

1  Timothy P. Harris, Pro Se'
2  4005 Cherokee Rose Ave.
3  North Las Vegas, NV. 89031
4  702-371-3658
5  extremeps1@cox.net
6
7           **IN THE UNITED STATES DISTRICT COURT**
8              **FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Timothy P. Harris, Pro Se'<br>Plaintiff | Case No: 2:10-cv-01662-GMN-LRL |
| V. | **Civil Rights Violation Complaint**<br>**Trial By Jury Demanded** |
| AMERICAN GENERAL FINANCIAL<br>SERVICES OF AMERICA, INC.<br>Defendant | |

9   **PLAINTIFF'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN**
10          **SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
11
12          <u>**Statement of Uncontroverted Material Facts**</u>
13
14  Plaintiff, Timothy Harris, respectfully submits the following Separate Statement of Undisputed
15  Material Facts in support of his motion for summary judgment, pursuant to FRCP rule 56:
16
17  **Moving Party's Undisputed Material Facts and Supporting Evidence:**
18
19  1. Plaintiff is a Consumer protected by the law under the Fair Credit Reporting Act 15 USC §
20  1681, et seq.
21  2. Defendant is a Credit Lender/Information Provider and as such governed under the law by The
22  Fair Credit Reporting Act 15 USC § 1681, et seq.
23  3. Plaintiff pulled a copy of his credit report on November 15th, 2010, and saw that Defendant
24  had been in his credit report and made changes to the information being reported.
25  4. Plaintiff never gave permission for Defendant to pull Plaintiff's credit report nor did
26  Defendant have any permissible purpose to obtain Plaintiff's information.

1

28   4. Plaintiff never gave permission for Defendant to pull Plaintiff's credit report nor did
29   Defendant have any permissible purpose to obtain Plaintiff's information.
30   5. Therefore, Defendant has broken the law by obtaining Plaintiff's information under false
31   pretenses [15 U.S.C. § 1681q] which is fineable under title 18, United States Code, and subject
32   to imprisonment for not more than 2 years, or both.
33   6. Additionally, Defendant has also broken the law by pulling Plaintiff's credit report during
34   litigation. The following case law supports the illegality of Defendant's action:
35
36         Rice v. Montgomery Ward & Co., Inc. 450 F. Supp. 688, 670-72 (M.D. N.C. 1978)
37         (Defendant violates FCRA if it obtains a consumer report on Plaintiff after Plaintiff
38         institutes an action against defendant.  Such an inquiry is impermissible.);
39
40         Bils v. Nixon, Hargrave, Devans & Doyle, 880 P.2d 743 (Ariz. App. 1994) (improper to
41         get report to discover information which might be used in litgation); Duncan v.
42         Handmaker, 149 F.3d 424, 426-28 (6th Cir. 1998) (no legitimate business needs to obtain
43         report to prepare for litigation); Bakker v. Mckinnon, 152 F.3d 1007, 1011-12 (8th Cir.
44         1998) (same);
45
46         Auriemma v. Montgomery, 860 f.2d 273, 279, 280-281 (7th Cir. 1998) (extra-judicial I
47         nvestigation by attorneys improper; no privilege);
48
49         Mone v. Dranow, 945 F.2d 306, 308 (9th Cir. 1991) (obtaining credit report to investigate
50         for purposes of litigation improper);
51
52         Boothe v. TRW Credit Data, 557 F. Supp. 66, 70-71 (S.D.N.Y. 1982); Rylewicz v.
53         Beaton Services, Ltd., 698 F. Supp.. 1391, 1400 n. 10 (N.D. Ill. 1988), aff'd 888F.2d
54         1175, 1181 (7th Cir. 1989); Houghton v. N.J. Maunfacturer's Ins. Co., 795 F.2d 1144,
55         1149 (3d Cir. 1986) (obtaining report after litigation for use in litigation improper).
56

58  Respectfully submitted this 22nd day of November, 2010.

59
60
61                                                      Timothy Harris
62                                                      4005 Cherokee Rose Ave.
63                                                      North Las Vegas, NV 89031
64                                                      702-371-3658
65                                                      extremeps1@cox.net
66
67
68
69                          **CERTIFICATE OF SERVICE**
70
71  I, the Plaintiff, Timothy Harris, does hereby certify that a copy of this Statement Of Undisputed
72  Material Facts In Support Of Motion For Summary Judgment was sent to the Defendant
73  American General Financial Services Of America, Inc. through their attorney of record David W.
74  Dachelet, Esq., Nevada Bar No. 6615, 300 South Fourth Street, Suite 1400, Las Vegas, Nevada
75  89101 for the purpose of satisfying the requirement for Notice and Service and was sent via the
76  United States Postal Service pursuant to Federal Rules of Civil Procedure 4 (c) (2) (c) (i). This
77  will also be available to any and all PACER ECF participants and will serve as Notice and
78  Service.
79
80
81
82                                                      Timothy P. Harris
83                                                      4005 Cherokee Rose Ave.
84                                                      North Las Vegas, NV. 89031
85                                                      702-371-3658
86                                                      extremeps1@cox.net

1   Timothy P. Harris, Pro Se'
2   4005 Cherokee Rose Ave.
3   North Las Vegas, NV. 89031
4   702-371-3658
5   extremeps1@cox.net
6
7               **IN THE UNITED STATES DISTRICT COURT**
8                 **FOR THE DISTRICT OF NEVADA**

Timothy P. Harris, Pro Se'          )
Plaintiff                           )        Case No: 2:10-cv-01662-GMN-LRL
                                    )
V.                                  )        **Civil Rights Violation Complaint**
                                    )        **Trial By Jury Demanded**
AMERICAN GENERAL FINANCIAL          )
SERVICES OF AMERICA, INC.           )
Defendant                           )

9    **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR**
10                        **SUMMARY JUDGMENT**
11
12   Plaintiff, Timothy Harris, respectfully requests that this Court take judicial notice of the
13   following documents, pursuant to Federal Rules of 201, and N.R.S. 47.140, 47.150, 47.170 in
14   support of his motion for summary judgment:
15
16      1.  The records and files in [Timothy Harris vs. American General Financial Services of
17          America, Inc., United States District Court For The District Of Nevada, case number
18          2:10-cv-01662-GMN-LRL] and more specifically, the Affidavit of Timothy Harris, a
19          certified copy of which is attached hereto as Exhibit 1.
20
21      2.  The records and files in [Timothy Harris vs. American General Financial Services of
22          America, Inc., United States District Court For The District Of Nevada, case number
23          2:10-cv-01662-GMN-LRL] and more specifically, the copy of the credit reports which
24          are attached to the Affidavit of Timothy Harris as Exhibit 1.
25
26
27
28
                                        1

Respectfully submitted this 22nd day of November, 2010.

Timothy Harris
4005 Cherokee Rose Ave.
North Las Vegas, NV 89031
702-371-3658
extremeps1@cox.net

## CERTIFICATE OF SERVICE

I, the Plaintiff, Timothy Harris, does hereby certify that a copy of this Request For judicial Notice In Support Of Motion For Summary Judgment was sent to the Defendant American General Financial Services Of America, Inc. through their attorney of record David W. Dachelet, Esq., Nevada Bar No. 6615, 300 South Fourth Street, Suite 1400, Las Vegas, Nevada 89101 for the purpose of satisfying the requirement for Notice and Service and was sent via the United States Postal Service pursuant to Federal Rules of Civil Procedure 4 (c) (2) (c) (i). This will also be available to any and all PACER ECF participants and will serve as Notice and Service.

Timothy P. Harris
4005 Cherokee Rose Ave.
North Las Vegas, NV. 89031
702-371-3658
extremeps1@cox.net

2

1  0Timothy P. Harris, Pro Se'
2  4005 Cherokee Rose Ave.
3  North Las Vegas, NV. 89031
4  702-371-3658
5  extremeps1@cox.net
6
7              **IN THE UNITED STATES DISTRICT COURT**
8               **FOR THE DISTRICT OF NEVADA**

Timothy P. Harris, Pro Se'                )
Plaintiff                                 )
                                          )        Case No: 2:10-cv-01662-GMN-LRL
V.                                        )
                                          )        **Civil Rights Violation Complaint**
                                          )        **Trial By Jury Demanded**
AMERICAN GENERAL FINANCIAL                )
SERVICES OF AMERICA, INC.                 )
Defendant                                 )

9   **AFFIDAVIT OF TIMOTHY HARRIS SUBMITTED IN SUPPORT OF PLAINTIFF'S**
10               **MOTION FOR SUMMARY JUDGMENT**
11
12  I, Plaintiff, Timothy Harris, DECLARE:
13
14  1. I am the Plaintiff in the above-entitled case.
15
16  2. This affidavit is made in support of my motion for summary judgment.
17
18  3. Plaintiff has found that on or about November 15th, 2010 that the Defendant has once again
19  pulled the Plaintiff's credit report without any permissible purpose.  The Defendant has changed
20  information on the report to COVER UP their complete and flagrant violation of the law in
21  regards to the Fair Credit Reporting Act (FCRA) 15 USC §1681, et seq.  Attached to this
22  affidavit are Exhibits A,B,C, and D, which show how the Defendant has failed to mark the
23  Plaintiff's alleged account in dispute and then the finally Exhibit E which shows how the
24  Defendant has pulled the Plaintiff's report AFTER litigation has commenced in an attempt to
25  cover up their past mistakes in regards to the FCRA.
26

1

27  4. Exhibit A shows the credit report received from Experian, dated June 30th, 2010 and this

28  shows how the Plaintiff's alleged account has NOT been marked in dispute by the Defendant.

29

30  5. Exhibit B shows the credit report received from Equifax, dated July 5th, 2010 and this shows

31  how the Plaintiff's alleged account has NOT been marked in dispute by the Defendant.

32

33  6. Exhibit C shows the credit report received from Transunion, dated July 6th, 2010 and this

34  shows how the Plaintiff's alleged account has NOT been marked in dispute by the Defendant.

35

36  7. Exhibit D shows the credit report pulled by the Plaintiff thru Privacy Guard, dated August

37  25th, 2010 and this shows that the Plaintiff's alleged account has NOT been marked in dispute by

38  the Defendant.

39

40  8. Exhibit E shows the credit report pulled by the Plaintiff thru Privacy Guard, dated November

41  17th, 2010 and this shows how now, AFTER litigation has commenced, the Defendant has all of

42  a sudden changed the information on the Plaintiff's alleged account to show that it has been

43  marked in dispute.  Therefore, Defendant has broken the law by obtaining Plaintiff's information

44  under false pretenses [15 U.S.C. § 1681q] which is fineable under title 18, United States Code,

45  and subject to imprisonment for not more than 2 years, or both.  Additionally, Defendant has also

46  broken the law by pulling Plaintiff's credit report during litigation.

47

48  9. The Plaintiff has sent a copy of all paperwork and documents used to support his Motion For

49  Summary Judgment to the attorney for the Defendant via email and the Unites States Postal

50  Service Certified Mail Return Receipt # 7009 3410 0001 0346 3607 in an attempt to get this

51  matter resolved before having to proceed further in court.

52

53  10. The foregoing is within my personal knowledge, and if called as a witness, I could

54  competently testify thereto.

55

56  I declare under penalty of perjury that the foregoing is true and correct.

57  Executed this 17th day of November, 2010, at Clark County, Nevada.

2

58   Respectfully submitted this 17th day of November, 2010.

59

60

61                                            _Timothy P. Harris_

62                                        Timothy Harris

63                                        4005 Cherokee Rose Ave.

64                                        North Las Vegas, NV 89031

65                                        702-371-3658

66                                        extremeps1@cox.net

67   State of NEVADA

68   County of CLARK

69

70   Subscribed and sworn to (or affirmed) before me, _Cynthia Horner_ , Notary Public,

71   on this _17_ day of _November_ , 2010 by _Timothy Harris_ ,

72   Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

73

74   WITNESS my hand and official seal.

75

76   _Cynthia Horner_

    My Commission expires 11-13-13

77   Notary Public

CYNTHIA HORNER
Notary Public, State of Nevada
Appointment No. 09-11304-1
My Appt. Expires Nov 13, 2013

78

79

80

81

82                               **CERTIFICATE OF SERVICE**

83

84   I, the Plaintiff, Timothy Harris, does hereby certify that a copy of this Declaration Submitted In

85   Support Of Plaintiff's Motion For Judgment was sent to the Defendant American General

86   Financial Services Of America, Inc. through their attorney of record David W. Dachelet, Esq.,

87   Nevada Bar No. 6615, 300 South Fourth Street, Suite 1400, Las Vegas, Nevada 89101 for the

88   purpose of satisfying the requirement for Notice and Service and was sent via the United States

89   Postal Service pursuant to Federal Rules of Civil Procedure 4 (c) (2) (c) (i). This will also be

90   available to any and all PACER ECF participants and will serve as Notice and Service.

91

92

93                                          _Timothy P. Harris_

94                                        Timothy P. Harris

95                                        4005 Cherokee Rose Ave.

96                                        North Las Vegas, NV. 89031

97                                        702-371-3658

98                                        extremeps1@cox.net

99

# EXHIBIT A

# EXHIBIT A



**∴Experian™**
A world of insight

**Prepared for**
TIMOTHY PAUL HARRIS
**Report number**
1070-6058-87

**Report date**
June 30, 2010    ← *Date Pulled*
www.experian.com/disputes
PO BOX 9701, Allen, TX 75013    **Page 4 of 18**

## Accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

## Credit items

| **AMERICAN EDUCATION SVCS/NCT** | | | | |
|---|---|---|---|---|
| 1200 N 7TH ST | Date opened | Date of status | Type | Responsibility |
| HARRISBURG PA 17102 | Jul 2009 | May 2010 | Installment | |
| (800) 233-0577 | Reported since | Last reported | Terms | |
| | Aug 2009 | May 2010 | 200 Months | Status: Open/Never late. |
| **Partial account number** | | | Monthly payment | Address identification number: |
| 17473791 S1PA0...... | | | $227 | of May 2010 |
| *See History of account balances for additional information.* | | | | |
| | | | Credit limit or original amount | Recent balance |
| | | | NA | NA |

| **AMERICAN GENERAL FINANCE** | | | | |
|---|---|---|---|---|
| 1928 N DECATUR BLVD | Date opened | Date of status | Type | Responsibility |
| LAS VEGAS NV 89108 | Feb 2010 | Jun 2010 | Installment | Individual |
| No phone number available | Reported since | Last reported | Terms | |
| | Feb 2010 | Jun 2010 | 24 Months | Status: Open/Never late. |
| **Partial account number** | | | Monthly payment | Address identification number: |
| 2101182011 87...... | | | $236 | |
| *See History of account balances for additional information.* | | | | |
| | | | Credit limit or original amount | Recent balance |
| | | | $4,494 | Jun 2010    55967.4340 |
| | | | High balance | Recent Payment |
| | | | NA | $236 |

| **BAC HOME LOANS/COUNTRYWIDE** | | | | |
|---|---|---|---|---|
| 450 AMERICAN ST # SV416 | Date opened | Date of status | Type | Responsibility |
| SIMI VALLEY CA 93065 | | 2010 | Mortgage | |
| (800) 669-6607 | Reported since | Last reported | Terms | Status: Open/Never late. |
| | Aug 2009 | 2010 | | Comment: "Account information disputed by consumer. (Meets requirement of the Fair Credit Reporting Act)." |
| **Partial account number** | | | Monthly payment | Address identification number: |
| 2267...... | | | | 55967.4340 |
| *See History of account balances for additional information.* | | | | |
| | | | Credit limit or original amount | Recent balance |
| | | | $4,178 as | of Address identification number: 55967.4340 |
| | | | High balance | |
| | | | NA | |



# EXHIBIT B

# EXHIBIT B

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| Date Closed: | | 08/2009 | | Type of loan: | | VA Real Estate Mortgage (Veteran's Administration) | |
| Date of First Delinquency: | | N/A | | | | | |
| Comments: | | | | | | | |

81-Month Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | * | * | * | | | | | | |

⬆ Back to Top

## Installment Accounts

Installment accounts are credit accounts in which the amount of the payment and the number of payments are predetermined or fixed, such as a car loan.

## Open Accounts

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| AMERICAN GENERAL FIN | 210118201187XXXX | 02/2010 | $4,178 | 06/2010 | $0 | PAYS AS AGREED | |

**AMERICAN GENERAL FINANCE**

4825 S Rainbow Blvd Ste 208
Las Vegas, NV-891034748

| | | | |
|---|---|---|---|
| Account Number: | 210118201187XXXX | Current Status: | PAYS AS AGREED |
| Account Owner: | Individual Account. | High Credit: | $4,494 |
| Type of Account ⬚: | Installment | Credit Limit: | |
| Term Duration: | 24 Months | Terms Frequency: | |
| Date Opened: | 02/2010 | Balance: | $4,178 |
| Date Reported: | 06/2010 | Amount Past Due: | $0 |
| Date of Last Payment: | 05/2010 | Actual Payment Amount: | $236 |
| Scheduled Payment Amount: | $236 | Date of Last Activity: | 05/2010 |
| Date Major Delinquency First Reported: | | Months Reviewed: | 3 |
| Creditor Classification: | | Activity Description: | N/A |
| Charge Off Amount: | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Secured By Household Goods/Collateral |
| Date of First Delinquency: | N/A | | |
| Comments: | | | |




*Date Pulled*
⬇

7/5/2010 6:30 P

# EXHIBIT C

# EXHIBIT C

Consumer Credit Report for TIMOTHY PAUL HARRIS

File Number: 223534432
Page: 2 of 10
Date Issued: 07/06/2010

# Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection).

## AES/NCT #▓▓▓▓▓▓▓▓▓▓▓▓
POB 2461
HARRISBURG, PA 17105
(800) 233-0557

| | | |
|---|---|---|
| Balance: | ▓▓▓▓ | |
| Date Updated: | ▓▓▓▓▓ | |
| High Balance: | ▓▓▓▓ | |
| Terms: | ▓▓▓▓▓▓▓▓▓▓ | |

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: PRIMARY BORROWER ON ACCOUNT
Date Opened: ▓▓▓▓▓▓

Loan Type: STUDENT LOAN

Late Payments  Last 35 months
(35 months) | 0 | 0 | 0 |

| X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '10 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | | | |
| jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug | | | | | | | | | | | | |

## AMER HONDA/GECCCC/GEMB #▓▓▓▓▓▓▓▓▓▓▓▓▓
PO BOX 981439
EL PASO, TX 79998
(866) 396-8254

| | |
|---|---|
| Balance: | ▓▓ |
| Date Updated: | ▓▓▓▓▓ |
| High Balance: | ▓▓▓▓ |
| Credit Limit: | ▓▓▓▓ |

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: ▓▓▓▓▓▓
Date Closed: ▓▓▓▓▓▓
Date Paid: ▓▓▓▓▓▓

Loan Type: CHARGE ACCOUNT
Remarks: ACCOUNT CLOSED BY CONSUMER

Late Payments  Last 48 months
(48 months) | 0 | 0 | 0 |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| may | apr | mar | feb | '10 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| may | apr | mar | feb | '08 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun |

## AMERICAN GEN FIN #2101182011879711
1928 N DECATUR BLVD
LAS VEGAS, NV 89108-2206
(702) 647-4599

| | |
|---|---|
| Balance: | $4,178 |
| Date Verified: | 06/2010 |
| High Balance: | $4,494 |
| Terms: | 24 UNSPECIFIED $236 |

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 02/2010

Loan Type: SECURED BY HSHLD GDS &&COLLAT

Late Payments  Last 4 months
(04 months) | 0 | 0 | 0 |

| X | OK | OK | OK |
|---|---|---|---|
| may | apr | mar | feb |

## BAC HOME LOANS SERV LP #▓▓▓▓▓▓▓
450 AMERICAN ST SV416X
SIMI VALLEY, CA 93065
(800) 669-6607

| | |
|---|---|
| Balance: | ▓▓▓▓▓▓▓ |
| Date Updated: | ▓▓▓▓▓▓ |
| High Balance: | ▓▓▓▓▓▓ |
| Terms: | 5 |

Pay Status: PAID OR PAYING AS AGREED
Account Type: MORTGAGE ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: ▓▓▓▓▓

Loan Type: VA REAL ESTATE MORTGAGE
Remarks: ACCT INFO DISPUTED BY CONSUMR

Late Payments  Last 3 months
(03 months) | 0 | 0 | 0 | 

| OK | X | OK |
|---|---|---|
| dec | nov | oct |

## CAPITAL ONE BANK USA NA #▓▓▓▓▓▓▓▓▓▓▓▓
PO BOX 30281
SALT LAKE CITY, UT 84130
(800) 955-7070

| | |
|---|---|
| Balance: | ▓▓ |
| Date Updated: | ▓▓▓▓▓ |
| High Balance: | ▓▓▓▓ |
| Credit Limit: | ▓▓▓▓ |

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: ▓▓▓▓▓▓
Date Closed: ▓▓▓▓▓▓
Date Paid: ▓▓▓▓▓▓

Loan Type: CREDIT CARD
Remarks: DISP RESLVD RPRTD BY GRANTOR

Late Payments  Last 29 months
(29 months) | 0 | 0 | 0 |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul |
| OK | OK | OK | OK | OK | OK | | | | | | | | | | | | | | | | | | |
| jun | may | apr | mar | feb | | | | | | | | | | | | | | | | | | | |

**To dispute online go to: http://transunion.com/disputeonline**

# EXHIBIT D

# EXHIBIT D

| | | | |
|---|---|---|---|
| Closed: | | | *Self-Pulled Report Thru Privacy Guard* |
| **DEROGATORY SUMMARY:** | | | |
| Inquiries: | | | |
| Public Records: | | | |
| Collections Accounts: | | | |
| Current Delinquencies: | | | |
| Prior Delinquencies: | | | |

## Account History

Below is information on any accounts you may have opened in the past. Positive information regarding your accounts remains on your report indefinitely. Generally, a consumer reporting agency will not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

AMERICAN GENERAL FINAN

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | AMERICAN GENERAL FINAN | AMGNL | |
| Account Number: | 210178801187XXXX | 210178801187XXXX | |
| Account Type: | Installment | Installment | |
| Account Status: | Open | Open | |
| Monthly Payment: | $236 | $236 | |
| Date Opened: | 02/2010 | 02/2010 | |
| Balance: | $4,068 | $4,068 | |
| Terms: | 24 | | |
| High Balance: | $4,494 | $4,494 | |
| Limit: | - | - | |
| Past Due: | - | - | |
| Payment Status: | Current | Current | |
| Comments: | | | |

24-Month Payment History

| Date: | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 08 | 08 | 08 | 08 | 08 | 09 | 09 | 09 | 09 | 09 | 09 | 09 | 09 | 09 | 09 | 09 | 09 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Experian: | | | | | | | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK |
| Equifax: | | | | | | | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | | | |
| Account Number: | | | |
| Account Type: | | Installment | |
| Account Status: | | Open | |
| Monthly Payment: | | | |
| Date Opened: | | | |
| Balance: | | | |
| Terms: | | | |

*Date Pulled*

# EXHIBIT E

# EXHIBIT E

|  | | | |
|---|---|---|---|
| **Current:** | | | |
| **Closed:** | | | |
| **DEROGATORY SUMMARY:** | | | |
| **Inquiries:** | | | |
| **Public Records:** | | | |
| **Collections Accounts:** | | | |
| **Current Delinquencies:** | | | |
| **Prior Delinquencies:** | | | |

## Account History

Below is information on any accounts you may have opened in the past. Accounts that are paid as agreed can remain on your report for up to 10 years from the date of last activity. Typically, a consumer reporting agency will not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

DOLR ENGEM

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| **Account Name:** | | | |
| **Account Number:** | | | |
| **Account Type:** | | | Installment |
| **Account Status:** | | | Open |
| **Monthly Payment:** | | | |
| **Date Opened:** | | | |
| **Balance:** | | | |
| **Terms:** | | | |
| **High Balance:** | | | |
| **Limit:** | | | - |
| **Past Due:** | | | |
| **Payment Status:** | | | Current |
| **Comments:** | | | Unsecured |

**24-Month Payment History**

| **Date:** | Nov 08 | Dec 08 | Jan 09 | Feb 09 | Mar 09 | Apr 09 | May 09 | Jun 09 | Jul 09 | Aug 09 | Sep 09 | Oct 09 | Nov 09 | Dec 09 | Jan 10 | Feb 10 | Mar 10 | Apr 10 | May 10 | Jun 10 | Jul 10 | Aug 10 | Sep 10 | Oct 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Experian:** | | | | | | | | | | | | | | | | | | | | | | | | |
| **Equifax:** | | | | | | | | | | | | | | | | | | | | | | | | |
| **TransUnion:** | | | | | | | | | | | | | | | | | | | | | | OK | OK | |

**AMERICAN GENERAL FINAN**

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| **Account Name:** | AMERICAN GENERAL FINAN | AMGNL | AMER GEN FIN |
| **Account Number:** | 210178801187XXXX | 210118201187XXXX | 210178801187XXXX |
| **Account Type:** | Installment | Installment | Installment |
| **Account Status:** | Open | Open | Open |
| **Monthly Payment:** | $236 | $236 | $236 |
| **Date Opened:** | 02/2010 | 02/2010 | 02/2010 |
| **Balance:** | $4,068 | $4,178 | $4,068 |

Self-Pulled Report From Privacy Guard   11-15-2010

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Terms: | 24 | | 24 |
| High Balance: | $4,494 | $4,494 | $4,494 |
| Limit: | - | - | - |
| Past Due: | $959 | $0 | $959 |
| Payment Status: | 120 Days Late | Current | 120 Days Late |
| Comments: | Account in dispute - reported by subscriber (FCBA) Account information disputed by customer | | Secured By Household Goods & Other Collateral Account information disputed by consumer |

**24-Month Payment History**

| Date: | Nov 08 | Dec 08 | Jan 09 | Feb 09 | Mar 09 | Apr 09 | May 09 | Jun 09 | Jul 09 | Aug 09 | Sep 09 | Oct 09 | Nov 09 | Dec 09 | Jan 10 | Feb 10 | Mar 10 | Apr 10 | May 10 | Jun 10 | Jul 10 | Aug 10 | Sep 10 | Oct 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: | | | | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | 60 | 90 | 120 |
| Equifax: | | | | | | | | | | | | | | | | OK | OK | OK | OK | | | | | |
| TransUnion: | | | | | | | | | | | | | | | | OK | OK | OK | ND | OK | OK | 60 | 90 | 120 |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | HSBC BANK | HSBC BANK | HSBC BANK |
| Account Number: | 557997XXXXX | 350079994XXXXX | 520655999XXXX |
| Account Type: | Revolving | Revolving | Revolving |
| Account Status: | Open | Open | Open |
| Monthly Payment: | $15 | $15 | $15 |
| Date Opened: | 04/2010 | 04/2010 | 04/2010 |
| Balance: | $174 | $174 | $174 |
| Terms: | | | 0 |
| High Balance: | $188 | - | $188 |
| Limit: | $800 | $800 | $800 |
| Past Due: | - | - | $0 |
| Payment Status: | Current | Current | Current |
| Comments: | | | Credit Card |

**24-Month Payment History**

| Date: | Nov 08 | Dec 08 | Jan 09 | Feb 09 | Mar 09 | Apr 09 | May 09 | Jun 09 | Jul 09 | Aug 09 | Sep 09 | Oct 09 | Nov 09 | Dec 09 | Jan 10 | Feb 10 | Mar 10 | Apr 10 | May 10 | Jun 10 | Jul 10 | Aug 10 | Sep 10 | Oct 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: | | | | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax: | | | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion: | | | | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**PREFERRED CREDIT INC**

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | PREFERRED CREDIT INC | PREFERRED OR | PREFERRED OR |
| Account Number: | 001XXXX | 001XXXX | 001XXXX |
| Account Type: | Installment | Installment | Installment |
| Account Status: | Open | Open | Open |
| Monthly Payment: | $89 | $86 | $86 |
| Date Opened: | 09/2009 | 09/2009 | 09/2009 |
| Balance: | $4,201 | $4,201 | $4,201 |

Self-Pulled Report From Privacy Guard   11-15-2010

11/17/2010 1:38 A