1  Timothy P. Harris, Pro Se'
2  4005 Cherokee Rose Ave.
3  North Las Vegas, NV. 89031
4  702-371-3658
5  extremeps1@cox.net
6
7            **IN THE UNITED STATES DISTRICT COURT**
8              **FOR THE DISTRICT OF NEVADA**

Timothy P. Harris, Pro Se'                    )
Plaintiff                                     )
                                              )        Case No: 2:10-cv-01662-GMN-LRL
V.                                            )
                                              )        **Civil Rights Violation Complaint**
                                              )        **Trial By Jury Demanded**
AMERICAN GENERAL FINANCIAL                    )
SERVICES OF AMERICA, INC.                     )
Defendant                                     )

9            **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**

10

11         Plaintiff, Timothy Harris, respectfully requests that this Court take judicial notice of

12  Plaintiff's right to private action pursuant to 15 U.S.C. § 1681.  The Plaintiff has entered into

13  evidence the certified mailings sent to the Defendant and the Credit Reporting Agencies which

14  are self authenticating according to the rules of evidence 901 and 902.  Also pursuant to these

15  same rules the evidence entered into this case in affidavit format with acknowledgment from a

16  notary creates a rebuttable presumption.  The following case law shows why the Plaintiff is

17  entitled to Plaintiff's right of private action.

18

19         As was stated in Plaintiff Opposition To Motion To Dismiss, **Doc. # 10**, Dornhecker  ro.

20  Ameritech Corp., 99 F. Supp. 2d 918 (N.D. Ill. 2000) a U.S. district court held that the Fair

21  Credit Reporting Act (FCRA), 15 U.S.C. 1681 et seq., permits consumers to bring private causes

22  of action against furnishers of information to credit reporting agencies who fail to properly

23  investigate disputed credit information.  In this case above, a telephone services provider opened

24  phone service accounts on behalf of third persons who fraudulently used the names of other

25  individuals. After the individuals, collection agencies, and credit reporting agencies notified the

26  provider of the dispute, the provider reportedly failed to investigate. The individuals sued the

27  provider, alleging, among other claims, that Defendant violated 1681s-2(b)(1) of the FCRA by

                                            1

28   failing to properly investigate the disputed credit information. The Defendant moved to dismiss,

29   arguing that plaintiffs lacked standing because the FCRA does not create a private right of action

30   for consumers.

31         In this case the District Court denied the motion to dismiss.  The court agreed with the

32   U.S. Supreme Court's analysis-set forth in Cort v. Ash, 95 S. Ct. 2080 (1975) for determining

33   whether an implied private right of action exists under a statute. The four factors are: whether (1)

34   the plaintiff is a member of a class for whose benefit the statute was enacted; (2) the legislative

35   history indicates congressional intent, explicit or implicit, either to create or deny such a remedy;

36   (3) implying a private remedy would frustrate the underlying purposes of the legislative scheme;

37   and (4) the cause of action is one traditionally relegated to state law.

38

39         As is a matter of evidence before this court, the Plaintiff has shown that the Defendant

40   was notified of the dispute and the credit reporting agencies were notified in the same time

41   period and attached proof of the certified mailings which are self authenticating according to the

42   Federal Rules of Evidence 901 and 902.  These mailings were exhibits on Plaintiff's Response

43   To Motion To Stay Discovery, Doc. #14 exhibit A and are attached at the end of this notice as

44   exhibit **A**.  These mailings were also backed up as evidence by Plaintiff's Affidavit In Support

45   Of Facts in Plaintiff's response to Defendant's Motion To Stay Discovery, court Doc. #14 and

46   are attached here as exhibit **B**.  This affidavit creates a rebuttable presumption and to this date

47   these truths have not been rebutted by the Defendant on a point by point basis as required, nor

48   can they be, and therefore stand as the only evidence that has been entered into this case that has

49   any relevance to Plaintiff's complaint.

50

51         Plaintiff has also shown this court copies of the Plaintiff's credit reports showing that the

52   Defendant has not marked the Plaintiff's account in dispute as required by the FCRA,  15 U.S.C.

53   § 1681.  These facts are evidenced in Plaintiff's Response To Motion To Stay Discovery, Court

54   Doc. #14, and exhibits B,C,D, and E and are attached here as exhibits **C, D, E**, and **F**.  Further

55   evidence backing up these credit reports is found in Plaintiff's Affidavit In Support Of Facts,

56   exhibit **B**.  This affidavit creates a rebuttable presumption and to this date these truths have not

57   been rebutted by the Defendant on a point by point basis as required, nor can they be, and

58  therefore stand as the only evidence that has been filed into this case that has any relevance to
59  Plaintiff's complaint.

60

61      The Plaintiff would also like to notice the court that the **debt collection** of alleged monies
62  owed, or due to alleged judgments are matters that are not before this court in regards to the
63  Plaintiff's complaint.  Plaintiff is unaware of any alleged money owed by a consumer that would
64  strip him of his rights that would release debt collectors and furnishers of information to the
65  credit reporting agencies of their obligations to abide by the FCRA.

66      The *only* issue before this court is the Defendant knowingly, willfully, and intelligently
67  violating the FCRA.  This has been further evidenced by the Plaintiff's exhibit E found in court
68  Doc # 15 in Plaintiff's Motion For Summary Judgment, and attached here as exhibit F, showing
69  how the Defendant has now entered the Plaintiff's credit report once again without permissible
70  purpose and changed Plaintiff's credit reports to show that they have now, *after litigation has*
71  *commenced*, been marked in dispute, see exhibit **G**.  All the case law in support Plaintiff's
72  Motion For Summary Judgment has been put forth in court Doc. #15 and is attached to this
73  notice as exhibit **H** for your review.

74

75      In conclusion, the Defendant continues to violate the Plaintiff's civil rights based on the
76  FCRA, even after litigation has commenced, which is a felony, and is fineable under Title 18
77  U.S.C. and punishable by imprisonment for up to two years.  The Defendant has not put into
78  evidence anything showing their position nor have they done anything to show a rebuttable
79  position to that of the Plaintiff.  The only thing the Defendant has done is to try mis-lead and
80  mis-direct the court from the actual facts of the case.

81      This court has seemed to prejudice the Plaintiff in the fact that in the Order To Stay
82  Discovery the Magistrate Judge says... "On August 19, 2010, defendant filed a Complaint
83  against plaintiff in Clark County Justice Court because plaintiff was in default on a loan he
84  obtained from defendant. On September 29, 2010, the Justice Court rendered judgment in favor
85  of defendant."  Why is this wording even in the order of the court?  There is nothing in the
86  Plaintiff's complaint in regards to this matter nor do any alleged loans or alleged judgments have
87  any bearing on this case.  All this wording, which has been used in all of the Defendant's
88  pleadings are immaterial and irrelevant to the Plaintiff's complaint and should be stricken from

3

89 any documents that contain such wordings.  If the Defendant's continue to use this as an arguing
90 point in the future then the Plaintiff will use this as evidence to file a BAR grievance against
91 opposing counsel.  The Plaintiff respectfully moves this court to FRCP rule 26(f) so that a plan
92 can be made and then even more evidence will be brought forth as to the Defendant's violations
93 of the Plaintiff's civil rights.

94
95

96 Respectfully submitted this 7th day of December, 2010.

97
98
99                                                                  Timothy Harris
100                                                                 4005 Cherokee Rose Ave.
101                                                                 North Las Vegas, NV 89031
102                                                                 702-371-3658
103                                                                 extremeps1@cox.net
104
105
106
107                          **CERTIFICATE OF SERVICE**
108
109 I, the Plaintiff, Timothy Harris, does hereby certify that a copy of this Request For Judicial
110 Notice was sent to the Defendant American General Financial Services Of America, Inc. through
111 their attorney of record David W. Dachelet, Esq., Nevada Bar No. 6615, 300 South Fourth Street,
112 Suite 1400, Las Vegas, Nevada 89101 for the purpose of satisfying the requirement for Notice
113 and Service and was sent via the United States Postal Service pursuant to Federal Rules of Civil
114 Procedure 4 (c) (2) (c) (i). This will also be available to any and all PACER ECF participants and
115 will serve as Notice and Service.

116
117
118
119                                                                 Timothy P. Harris
120                                                                 4005 Cherokee Rose Ave.
121                                                                 North Las Vegas, NV. 89031
122                                                                 702-371-3658
123                                                                 extremeps1@cox.net
124

# EXHIBIT A

# EXHIBIT A

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

LOS ANGELES CA 90054

| | | |
|---|---|---|
| Postage | $ $0.44 | 0094 |
| Certified Fee | $2.80 | 11 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.54 | 06/17/2010 |

Sent To _American General Finance_
Street, Apt. No.; or PO Box No. _P.O. Box 54290_
City, State, ZIP+4 _Los Angeles, CA 90054-0290_

PS Form 3800, August 2006          See Reverse for Instructions

7009 3410 0001 0346 7841

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

_American General Finance_
_P.O. Box 54290_
_Los Angeles, CA 90054-0290_

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)  C. Date of Delivery
_Cesar S_  JUN 20 2010

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7009 3410 0001 0346 7841

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

ALLEN TX 75013

| | | |
|---|---|---|
| Postage | $ $0.44 | 0094 |
| Certified Fee | $2.80 | 09 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.54 | 06/21/2010 |

Sent To _Experian - AG_
Street, Apt. No.; or PO Box No. _P.O. Box 2002_
City, State, ZIP+4 _Allen, TX 75013_

PS Form 3800, August 2006          See Reverse for Instructions

7009 3410 0001 0346 8053

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

_Experian_
_P.O. Box 2002_
_Allen, TX 75013_

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7009 3410 0001 0346 8053

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

ATLANTA GA 30374

| | |
|---|---|
| Postage | $ $0.44 | 0094 |
| Certified Fee | $2.80 | 09 |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.54 | 06/21/2010 |

Sent To  Equifax - AG

Street, Apt. No.; or PO Box No.  P.O. Box 740241

City, State, ZIP+4  Atlanta, GA 30374

PS Form 3800, August 2006    See Reverse

7009 3410 0001 0346 8091

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax
P.O. Box 740241
Atlanta, GA 30374

2. Article Number
(Transfer from service label)    7009 3410 0001 0346 8091

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JUN 24 2010

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

CRUM LYNNE PA 19022

| | |
|---|---|
| Postage | $ $0.44 | 0094 |
| Certified Fee | $2.80 | 09 |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.54 | 06/21/20 |

Sent To  Trans Union - AG

Street, Apt. No.; or PO Box No.  P.O. Box 1000

City, State, ZIP+4  Chester, PA 19022

PS Form 3800, August 2006    See Reverse

7009 3410 0001 0346 8060

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Trans Union
P.O. Box 1000
Chester, PA 19022

2. Article Number
(Transfer from service label)    7009 3410 0001 0346 8060

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

TransUnion LLC

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

JUN 24 2010

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

# EXHIBIT B

# EXHIBIT B

1  Timothy P. Harris, Pro Se'
2  4005 Cherokee Rose Ave.
3  North Las Vegas, NV. 89031
4  702-371-3658
5  extremeps1@cox.net
6
7  ## IN THE UNITED STATES DISTRICT COURT
8  ## FOR THE DISTRICT OF NEVADA

Timothy P. Harris, Pro Se'          )
Plaintiff                           )
                                    )      Case No: 2:10-cv-01662-GMN-LRL
V.                                  )
                                    )      **Civil Rights Violation Complaint**
AMERICAN GENERAL FINANCIAL          )      **Trial By Jury Demanded**
SERVICES,LLC                        )
Defendant                           )

9  ## AFFIDAVIT OF FACTS IN SUPPORT OF RESPONSE TO DEFENDANT'S
10 ## MOTION TO STAY
11
12       The following is the true and correct statement of Plaintiff, Timothy Harris,
13  on and for the record.  This statement is made to the best of his knowledge.  The
14  specifics of this case are as follows:
15
16  1.  On or about June 1st, 2010, Plaintiff, a Consumer according to the
17      definitions of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. noticed
18      that the Defendant, a Creditor/Information Provider according to the
19      definitions of the Fair Credit Reporting Act 15 U.S.C. § 1681 et seq. was
20      existing in the Plaintiff's credit report files with inaccurate information.
21  2.  The Plaintiff contacted the Defendant by United States Postal Service
22      Certified Mail Return Receipt # 7009 3410 0001 0346 7841 on or about June
23      17, 2010 disputing the information in the Plaintiff's credit report. The
24      Defendant received this letter on June 20th, 2010.  No reply was received
25      from the Defendant.  **See Exhibit A**

1

3. The Plaintiff contacted Trans Union and disputed the erroneous and inaccurate information via US Cert. Mail # 7009 3410 0001 0346 8060 on June 21, 2010.  Trans Union received this letter on June 24th, 2010.  **See Exhibit A**

4. The Plaintiff contacted Experian and disputed the erroneous and inaccurate information via US Cert. Mail # 7009 3410 0001 0346 8053 on June 21, 2010.  Experian received this letter on June 23rd, 2010.  **See Exhibit A**

5. The Plaintiff contacted Equifax and disputed the erroneous and inaccurate information via Cert. Mail # 7009 3410 0001 0346 8091 on June 21, 2010.  Equifax received this letter on June 24th, 2010.  **See Exhibit A**

6. All three Credit Reporting Bureaus have indicated they are reporting the information correctly as reported by the Defendant, yet the Plaintiff's alleged account HAS NOT been marked in dispute. **See Exhibits B,C,D,E**

7. This refusal to mark the Plaintiff's alleged account in dispute is a violation of the Fair Credit Reporting Act, section 623. **Responsibilities of furnishers of information to consumer reporting agencies** [15U.S.C. §1681s-2a(i)]

8. The Defendant now continues to exist in the Plaintiff's credit report without marking his alleged account in dispute which is a violation of the Fair Credit Reporting Act, section 623. **Responsibilities of furnishers of information to consumer reporting agencies** [15U.S.C.§1681s-2(3)]:

9. The Defendant has called the Plaintiff twenty three times in the period of one month on his cellular phone which has a finite number of allowable minutes.  The Defendant has not proven any permissible purpose for these calls and therefore has monetarily damaged the Plaintiff by costing him money in the terms of "minutes used" on his cellular plan which has a finite number of minutes allowed for use each month.  This is a violation of the

2

52      Telephone Consumer Protection Act section 227. **Restrictions on the use**

53      **of telephone equipment** [47 U.S.C. § 227]

54  10. On or about September 15, 2010, the Plaintiff, trying to resolve this

55      dispute administratively sent a Notice of Pending Lawsuit to the Defendant

56      in an attempt to reach a resolution. The letter was received on September

57      20th, 2010. No reply was received from the Defendant.

58  11. On or about September 27th, 2010 the Plaintiff filed his complaint in the

59      United States District Court for the District of Nevada. It was given case

60      number 2:10-cv-01662-GMN-LRL. **See Court Document # 1 in regards**

61      **to this case.**

62  12. The Defendant was served the summons for this case on September 29th,

63      2010 and the summons was filed into the official record on October 6th,

64      2010.

65  13. The Plaintiff does not want this case to be adjudicated by a Magistrate

66      Judge as is evidenced by the Plaintiff **not** filing form AO-85 into the record.

67      The Plaintiff only wants this case to be heard by the District Court Judge

68      assigned to it and will wait if it is needed for the court to be able to make

69      this happen.

70  14. These are the only matters before this court. Anything else brought forth in

71      this case is irrelevant, immaterial, impertinent and scandalous.

72  15. At NO TIME has this case EVER been about any alleged monies, alleged

73      monies owed, alleged contracts or judgments. This case is about what the

74      Defendant failed to do when an alleged account was disputed with them.

75

76

77

78

Respectfully submitted this 17th day of November, 2010

Timothy P. Harris
4005 Cherokee Rose Ave.
North Las Vegas, NV 89031
702-371-3658
extremeps1@cox.net

State of NEVADA
County of CLARK

Subscribed and sworn to (or affirmed) before me, _Cynthia Horner_, Notary Public, on this _17_ day of _November_, 2010 by _Timothy Harris_.

Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS my hand and official seal.

My Commission Expires 11-13-13
Notary Public

CYNTHIA HORNER
Notary Public, State of Nevada
Appointment No. 09-11304-1
My Appt. Expires Nov 13, 2013

## **CERTIFICATE OF SERVICE**

I, the Plaintiff, Timothy Harris, does hereby certify that a copy of this Affidavit was sent to the Defendant  American General Financial Services Of America, Inc. through their attorney of record David W. Dachelet, Esq., Nevada Bar No. 6615, 300 South Fourth Street, Suite 1400, Las Vegas, Nevada 89101 for the purpose of satisfying the requirement for Notice and Service and was sent via the United States Postal Service pursuant to Federal Rules of Civil Procedure 4 (c) (2) (c) (i). This will also be available to any and all PACER ECF participants and will serve as Notice and Service.

Timothy P. Harris
4005 Cherokee Rose Ave.
North Las Vegas, NV. 89031
702-371-3658
extremeps1@cox.net

4

# EXHIBIT C

# EXHIBIT C



**Experian·**
A world of insight

**Prepared for**
TIMOTHY PAUL HARRIS
**Report number**
1070-6058-87

**Report date**
June 30, 2010
www.experian.com/disputes
PO BOX 9701, Allen, TX 75013

← Date Pulled

**Page 4 of 18**

## Accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

## Credit Items

**AMERICAN EDUCATION SVCS/NCT**
1200 N 7TH ST
HARRISBURG PA 17102
(800) 233-0577
**Partial account number**
1747379151PA0.....
See History of account balances for additional information.

Date opened
Jul 2009
Reported since
Aug 2009

Date of status
May 2010
Last reported
May 2010

Type
Installment
Terms
250 Months
Monthly payment
$275

Responsibility

Credit limit or original amount

High balance
NA

Recent balance
as of May 2010

Status: Open/Never late.
Address identification number:

---

**AMERICAN GENERAL FINANCE**
1928 N DECATUR BLVD
LAS VEGAS NV 89108
No phone number available
**Partial account number**
21011820118 7.....
See History of account balances for additional information.

Date opened
Feb 2010
Reported since
Feb 2010

Date of status
Jun 2010
Last reported
Jun 2010

Type
Installment
Terms
24 Months
Monthly payment
$236

Responsibility
Individual

Credit limit or original amount
$4,494
High balance
NA

Recent balance
$4,178 as of
Jun 2010
Recent Payment
$236

Status: Open/Never late.
Address identification number:
599674340

---

**BAC HOME LOANS/COUNTRYWIDE**
450 AMERICAN ST # SV416
SIMI VALLEY CA 93065
(800) 669-6607
**Partial account number**
2267.....
See History of account balances for additional information.

Date opened

Reported since
Aug 2009

Date of status
10
Last reported
2010

Type
Mortgage
Terms
Monthly payment

Responsibility

Credit limit or original amount

High balance
NA

Recent balance
as of

Status: Open/Never late.
Comment: "Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)."
Address identification number:
599674340



0042251074   L-677-10453-0209000

# EXHIBIT D

# EXHIBIT D

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|

| Date Closed: | | 05/2009 | | Type of Loan: | | VA Real Estate Mortgage (Veteran's Administration) | |

| Date of First Delinquency: | N/A |
| Comments: | |

**81-Month Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | + | * | * | * | * | * | | | |

⬆ Back to Top

## Installment Accounts

Installment accounts are credit accounts in which the amount of the payment and the number of payments are predetermined or fixed, such as a car loan.

## Open Accounts

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| AMERICAN GENERAL FIN | 210118201187XXXX | 02/2010 | $4,178 | 06/2010 | $0 | PAYS AS AGREED | |

**AMERICAN GENERAL FINANCE**

4825 S Rainbow Blvd Ste 208
Las Vegas, NV-891034748

| Account Number: | 210118201187XXXX | Current Status: | PAYS AS AGREED |
|---|---|---|---|
| Account Owner: | Individual Account | High Credit: | $4,494 |
| Type of Account: | Installment | Credit Limit: | |
| Term Duration: | 24 Months | Terms Frequency: | |
| Date Opened: | 02/2010 | Balance: | $4,178 |
| Date Reported: | 06/2010 | Amount Past Due: | $0 |
| Date of Last Payment: | 05/2010 | Actual Payment Amount: | $236 |
| Scheduled Payment Amount: | $236 | Date of Last Activity: | 05/2010 |
| Date Major Delinquency First Reported: | | Months Reviewed: | 3 |
| Creditor Classification: | | Activity Description: | N/A |
| Charge Off Amount: | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Secured By Household Goods/Collateral |
| Date of First Delinquency: | N/A | | |
| Comments: | | | |




*Date Pulled* ↓

7/5/2010 6:30 P

# EXHIBIT E

# EXHIBIT E

Consumer Credit Report for TIMOTHY PAUL HARRIS



## Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection).

### AES/NCT #▇▇▇▇▇▇▇▇▇▇▇▇

POB 2461
HARRISBURG, PA 17105
(800) 233-0557

Loan Type: STUDENT LOAN

| | Balance: | ▇▇▇▇▇ | | Pay Status: | PAID OR PAYING AS AGREED |
|---|---|---|---|---|---|
| | Date Updated: | ▇▇▇▇▇ | | Account Type: | INSTALLMENT ACCOUNT |
| | High Balance: | ▇▇▇▇▇ | | Responsibility: | PRIMARY BORROWER ON |
| | Terms: | ▇▇▇▇▇▇▇▇▇ | | | ACCOUNT |
| | | | | Date Opened: | ▇▇▇▇▇ |

Late Payments 
(35 months) | 0 | 0 | 0 | Last 35 months

| X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '10 | dec | nov | oct | sep | aug | jul | jun | may | apr | feb | '09 | dec | nov |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | |
| jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug | | | | | | | | |

### AMER HONDA/GECCCC/GEMB #▇▇▇▇▇▇▇▇▇▇▇▇

PO BOX 981439
EL PASO, TX 79998
(866) 396-8254

Loan Type: CHARGE ACCOUNT
Remarks: ACCOUNT CLOSED BY CONSUMER

| | Balance: | ▇▇ | | Pay Status: | PAID OR PAYING AS AGREED |
|---|---|---|---|---|---|
| | Date Updated: | ▇▇▇▇ | | Account Type: | REVOLVING ACCOUNT |
| | High Balance: | ▇▇▇▇ | | Responsibility: | INDIVIDUAL ACCOUNT |
| | Credit Limit: | ▇▇▇▇ | | Date Opened: | ▇▇▇▇▇ |
| | | | | Date Closed: | ▇▇▇▇▇ |
| | | | | Date Paid: | ▇▇▇▇▇ |

Late Payments 
(48 months) | 0 | 0 | 0 | Last 48 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| may | apr | mar | feb | '10 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| may | apr | mar | feb | '08 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun |

### AMERICAN GEN FIN #2101182011879711

1928 N DECATUR BLVD
LAS VEGAS, NV 89108-2206
(702) 647-4599

Loan Type: SECURED BY HSHLD GDS &&COLLAT

| | Balance: | $4,178 | | Pay Status: | PAID OR PAYING AS AGREED |
|---|---|---|---|---|---|
| | Date Verified: | 06/2010 | | Account Type: | INSTALLMENT ACCOUNT |
| | High Balance: | $4,494 | | Responsibility: | INDIVIDUAL ACCOUNT |
| | Terms: | 24 UNSPECIFIED $236 | | Date Opened: | 02/2010 |

Late Payments 
(04 months) | 0 | 0 | 0 | Last 4 months 

| X | OK | OK | OK |
|---|---|---|---|
| may | apr | mar | feb |

### BAC HOME LOANS SERV LP #▇▇▇▇▇▇▇▇

450 AMERICAN ST SV416X
SIMI VALLEY, CA 93065
(800) 669-6607

Loan Type: VA REAL ESTATE MORTGAGE
Remarks: ACCT INFO DISPUTED BY CONSUMR

| | Balance: | ▇▇▇▇▇▇ | | Pay Status: | PAID OR PAYING AS AGREED |
|---|---|---|---|---|---|
| | Date Updated: | ▇▇▇▇▇ | | Account Type: | MORTGAGE ACCOUNT |
| | High Balance: | ▇▇▇▇▇ | | Responsibility: | INDIVIDUAL ACCOUNT |
| | Terms: | ▇▇▇▇▇ | | Date Opened: | ▇▇▇▇▇ |

Late Payments 
(03 months) | 0 | 0 | 0 | Last 3 months 

| OK | X | OK |
|---|---|---|
| dec | nov | oct |

### CAPITAL ONE BANK USA NA #▇▇▇▇▇▇▇▇▇▇▇▇

PO BOX 30281
SALT LAKE CITY, UT 84130
(800) 955-7070

Loan Type: CREDIT CARD
Remarks: DISP RESLVD RPRTD BY GRANTOR

| | Balance: | ▇▇▇ | | Pay Status: | PAID OR PAYING AS AGREED |
|---|---|---|---|---|---|
| | Date Updated: | ▇▇▇▇▇ | | Account Type: | REVOLVING ACCOUNT |
| | High Balance: | ▇▇▇▇ | | Responsibility: | INDIVIDUAL ACCOUNT |
| | Credit Limit: | ▇▇▇▇ | | Date Opened: | ▇▇▇▇▇ |
| | | | | Date Closed: | ▇▇▇▇▇ |
| | | | | Date Paid: | ▇▇▇▇▇ |

Late Payments
(29 months) | 0 | 0 | 0 | Last 29 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug | jul | jun | may | apr | feb | '07 | dec | nov | oct | sep | aug | jul | |
| OK | OK | OK | OK | OK | | | | | | | | | | | | | | | | | | | |
| jun | may | apr | mar | feb | | | | | | | | | | | | | | | | | | | |

**To dispute online go to: http://transunion.com/disputeonline**

# EXHIBIT F

# EXHIBIT F

*Self-Pulled Report Thru Privacy Guard*

| | | |
|---|---|---|
| **Closed:** | | |
| **DEROGATORY SUMMARY:** | | |
| **Inquiries:** | | |
| **Public Records:** | | |
| **Collections Accounts:** | | |
| **Current Delinquencies:** | | |
| **Prior Delinquencies:** | | |

## Account History

Below is information on any accounts you may have opened in the past. Positive information regarding your accounts remains on your report indefinitely. Generally, a consumer reporting agency will not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**AMERICAN GENERAL FINAN**

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| **Account Name:** | AMERICAN GENERAL FINAN | AMGNL | |
| **Account Number:** | 210178801187XXXX | 210178801187XXXX | |
| **Account Type:** | Installment | Installment | |
| **Account Status:** | Open | Open | |
| **Monthly Payment:** | $236 | $236 | |
| **Date Opened:** | 02/2010 | 02/2010 | |
| **Balance:** | $4,068 | $4,068 | |
| **Terms:** | 24 | | |
| **High Balance:** | $4,494 | $4,494 | |
| **Limit:** | - | - | |
| **Past Due:** | - | - | |
| **Payment Status:** | Current | Current | |
| **Comments:** | | | |

**24-Month Payment History**

| Date: | Aug 08 | Sep 08 | Oct 08 | Nov 08 | Dec 08 | Jan 09 | Feb 09 | Mar 09 | Apr 09 | May 09 | Jun 09 | Jul 09 | Aug 09 | Sep 09 | Oct 09 | Nov 09 | Dec 09 | Jan 10 | Feb 10 | Mar 10 | Apr 10 | May 10 | Jun 10 | Jul 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Experian:** | | | | | | | | | | | | | | | | | | | | | | | | |
| **Equifax:** | | | | | | | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK |
| **TransUnion:** | | | | | | | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| **Account Name:** | | | |
| **Account Number:** | | | |
| **Account Type:** | | Installment | |
| **Account Status:** | | Open | |
| **Monthly Payment:** | | | |
| **Date Opened:** | | | |
| **Balance:** | | | |
| **Terms:** | | | |

*Date Pulled*

# EXHIBIT G

# EXHIBIT G

|  | | | |
|---|---|---|---|
| **Current:** | | | |
| **Closed:** | | | |
| **DEROGATORY SUMMARY:** | | | |
| **Inquiries:** | | | |
| **Public Records:** | | | |
| **Collections Accounts:** | | | |
| **Current Delinquencies:** | | | |
| **Prior Delinquencies:** | | | |

## Account History

Below is information on any accounts you may have opened in the past. Accounts that are paid as agreed can remain on your report for up to 10 years from the date of last activity. Typically, a consumer reporting agency will not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| **Account Name:** | | | |
| **Account Number:** | | | |
| **Account Type:** | | | Installment |
| **Account Status:** | | | Open |
| **Monthly Payment:** | | | |
| **Date Opened:** | | | |
| **Balance:** | | | |
| **Terms:** | | | |
| **High Balance:** | | | |
| **Limit:** | | | - |
| **Past Due:** | | | |
| **Payment Status:** | | | Current |
| **Comments:** | | | Unsecured |

**24-Month Payment History**

| Date: | Nov 08 | Dec 08 | Jan 09 | Feb 09 | Mar 09 | Apr 09 | May 09 | Jun 09 | Jul 09 | Aug 09 | Sep 09 | Oct 09 | Nov 09 | Dec 09 | Jan 10 | Feb 10 | Mar 10 | Apr 10 | May 10 | Jun 10 | Jul 10 | Aug 10 | Sep 10 | Oct 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Experian:** | | | | | | | | | | | | | | | | | | | | | | | | |
| **Equifax:** | | | | | | | | | | | | | | | | | | | | | | | | |
| **TransUnion:** | | | | | | | | | | | | | | | | | | | | | | OK | OK | |

**AMERICAN GENERAL FINAN**

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| **Account Name:** | AMERICAN GENERAL FINAN | AMGNL | AMER GEN FIN |
| **Account Number:** | 210178801187XXXX | 210118201187XXXX | 210178801187XXXX |
| **Account Type:** | Installment | Installment | Installment |
| **Account Status:** | Open | Open | Open |
| **Monthly Payment:** | $236 | $236 | $236 |
| **Date Opened:** | 02/2010 | 02/2010 | 02/2010 |
| **Balance:** | $4,068 | $4,178 | $4,068 |

Self-Pulled Report From Privacy Guard   11-15-2010

11/17/2010 1:38 A

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Terms: | 24 | | 24 |
| High Balance: | $4,494 | $4,494 | $4,494 |
| Limit: | - | | - |
| Past Due: | $959 | $0 | $959 |
| Payment Status: | 120 Days Late | Current | 120 Days Late |
| Comments: | Account in dispute - reported by subscriber (FCBA) Account information disputed by customer | | Secured By Household Goods & Other Collateral Account information disputed by consumer |

**24-Month Payment History**

| Date: | Nov 08 | Dec 08 | Jan 09 | Feb 09 | Mar 09 | Apr 09 | May 09 | Jun 09 | Jul 09 | Aug 09 | Sep 09 | Oct 09 | Nov 09 | Dec 09 | Jan 10 | Feb 10 | Mar 10 | Apr 10 | May 10 | Jun 10 | Jul 10 | Aug 10 | Sep 10 | Oct 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: | | | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | 60 | 90 | 120 | |
| Equifax: | | | | | | | | | | | | | | | OK | OK | OK | OK | | | | | | |
| TransUnion: | | | | | | | | | | | | | | | OK | OK | OK | ND | OK | OK | 60 | 90 | 120 | |

**HSBC BANK**

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | HSBC BANK | HSBC BANK | HSBC BANK |
| Account Number: | ████████████ | 25007994XXXX | 52005500XXXX |
| Account Type: | Revolving | Revolving | Revolving |
| Account Status: | Open | Open | Open |
| Monthly Payment: | $15 | $10 | $15 |
| Date Opened: | 01/2010 | 01/2010 | 01/2010 |
| Balance: | $174 | $174 | $174 |
| Terms: | | | 0 |
| High Balance: | $300 | - | $300 |
| Limit: | $300 | $300 | $300 |
| Past Due: | - | - | $0 |
| Payment Status: | Current | Current | Current |
| Comments: | | | Credit Card |

**24-Month Payment History**

| Date: | Nov 08 | Dec 08 | Jan 09 | Feb 09 | Mar 09 | Apr 09 | May 09 | Jun 09 | Jul 09 | Aug 09 | Sep 09 | Oct 09 | Nov 09 | Dec 09 | Jan 10 | Feb 10 | Mar 10 | Apr 10 | May 10 | Jun 10 | Jul 10 | Aug 10 | Sep 10 | Oct 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: | | | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax: | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion: | | | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**PREFERRED CREDIT INC**

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | PREFERRED CREDIT INC | PREFERRED CR | PREFERRED CR |
| Account Number: | 00000000 | 000000X | 000000X |
| Account Type: | Installment | Installment | Installment |
| Account Status: | Open | Open | Open |
| Monthly Payment: | $88 | $86 | $86 |
| Date Opened: | 08/2000 | 08/2000 | 08/2000 |
| Balance: | $4,291 | $4,291 | $4,291 |

Self-Pulled Report From Privacy Guard    11-15-2010

11/17/2010 1:38 A

# EXHIBIT H

# EXHIBIT H

1  Timothy P. Harris, Pro Se'
2  4005 Cherokee Rose Ave.
3  North Las Vegas, NV. 89031
4  702-371-3658
5  extremeps1@cox.net
6
7  ## IN THE UNITED STATES DISTRICT COURT
8  ## FOR THE DISTRICT OF NEVADA

Timothy P. Harris, Pro Se'    )
Plaintiff    )
    )   Case No: 2:10-cv-01662-GMN-LRL
    )
V.    )
    )   **Civil Rights Violation Complaint**
    )   **Trial By Jury Demanded**
AMERICAN GENERAL FINANCIAL    )
SERVICES OF AMERICA, INC.    )
Defendant    )

9  ## NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

10
11  **TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**
12  **NOTICE IS HEREBY GIVEN** that on Wednesday, November 17, 2010 a copy of this Notice
13  of Motion was sent to the Defendant, American General Services Of America, Inc.'s counsel in
14  an attempt to once again try to come to a resolution in this matter without needing to waste the
15  courts time. The Notice was sent by way of United States Postal Service Certified Mail Return
16  Receipt 7009 3410 0001 0346 3607 which the defense counsel received on Thursday, November
17  18, 2010 and as of 10:00am on Monday November 22, 2010 there has been no reply. May it be
18  noted that this day, Monday, November 22nd, 2010, on or about 11:00am, or as soon thereafter as
19  the matter may be heard of this Court, Plaintiff will move this Court for an order granting
20  summary judgment in favor of the Plaintiff, pursuant to FRCP rule 56, on the grounds that
21  Defendant pulled Plaintiff's credit report during litigation under false pretenses which is a
22  violation of FCRA Act § 619 Obtaining information under false pretenses [15 U.S.C. § 1681q]
23  and supported with the follow case law:
24
25  Rice v. Montgomery Ward & Co., Inc. 450 F. Supp. 688, 670-72 (M.D. N.C. 1978) (Defendant
26  violates FCRA if it obtains a consumer report on Plaintiff after Plaintiff institutes an action
27  against defendant. Such an inquiry is impermissible.);

1

28

29  Bils v. Nixon, Hargrave, Devans & Doyle, 880 P.2d 743 (Ariz. App. 1994) (improper to get

30  report to discover information which might be used in litgation); Duncan v. Handmaker, 149

31  F.3d 424, 426-28 (6th Cir. 1998) (no legitimate business needs to obtain report to prepare for

32  litigation); Bakker v. Mckinnon, 152 F.3d 1007, 1011-12 (8th Cir. 1998) (same);

33

34  Auriemma v. Montgomery, 860 f.2d 273, 279, 280-281 (7th Cir. 1998) (extra-judicial I

35  investigation by attorneys improper; no privilege);

36

37  Mone v. Dranow, 945 F.2d 306, 308 (9th Cir. 1991) (obtaining credit report to investigate for

38  purposes of litigation improper);

39

40  Boothe v. TRW Credit Data, 557 F. Supp. 66, 70-71 (S.D.N.Y. 1982); Rylewicz v. Beaton

41  Services, Ltd., 698 F. Supp.. 1391, 1400 n. 10 (N.D. Ill. 1988), aff'd 888F.2d 1175, 1181 (7th

42  Cir. 1989); Houghton v. N.J. Maunfacturer's Ins. Co., 795 F.2d 1144, 1149 (3d Cir. 1986)

43  (obtaining report after litigation for use in litigation improper).

44

45  Plaintiff is also entitled to summary judgment as a matter of law.

46

47  This motion is based on this Notice, the records and papers on file herein, the attached

48  Memorandum of Points and Authorities, the Affidavit of Timothy Harris, the attached Separate

49  Statement of Undisputed Material Facts, and on such other evidence as may be presented at the

50  hearing of this motion.

51

52  Respectfully submitted this 22nd day of November, 2010.

53

54

55  Timothy Harris

56  4005 Cherokee Rose Ave.

57  North Las Vegas, NV 89031

58  702-371-3658

59  extremeps1@cox.net

60

2

64
65
66
67
68
69
70
71
72
73
74
75
76
77
78
79
80

## CERTIFICATE OF SERVICE

I, the Plaintiff, Timothy Harris, does hereby certify that a copy of this Notice and Motion For Summary Judgment was sent to the Defendant American General Financial Services Of America, Inc. through their attorney of record David W. Dachelet, Esq., Nevada Bar No. 6615, 300 South Fourth Street, Suite 1400, Las Vegas, Nevada 89101 for the purpose of satisfying the requirement for Notice and Service and was sent via the United States Postal Service pursuant to Federal Rules of Civil Procedure 4 (c) (2) (c) (i). This will also be available to any and all PACER ECF participants and will serve as Notice and Service.

Timothy P. Harris
4005 Cherokee Rose Ave.
North Las Vegas, NV. 89031
702-371-3658
extremeps1@cox.net

3