| | |
|---|---|
| 1  Timothy P. Harris, Pro Se' | |
| 2  4005 Cherokee Rose Ave. | |
| 3  North Las Vegas, NV. 89031 | |
| 4  702-371-3658 | |
| 5  extremeps1@cox.net | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | ) | |
|---|---|---|
| Timothy P. Harris, Pro Se' | ) | |
| Plaintiff | ) | Case No: 2:10-cv-01662-GMN-LRL |
| | ) | |
| V. | ) | The Honorable Gloria M. Navarro |
| | ) | |
| AMERICAN GENERAL FINANCIAL | ) | **Civil Rights Violation Complaint** |
| SERVICES OF AMERICA, INC. | ) | **Trial By Jury Demanded** |
| Defendant | ) | |

### NOTICE TO DISTRICT JUDGE GLORIA M. NAVARRO

Comes now, the Plaintiff, Timothy Harris, on and for the record with this notice. Plaintiff has not agreed to this case being adjudicated by a Magistrate Judge and does not consent to this as is his right. Plaintiff will only consent to being adjudicated by the District Court Judge assigned to this case, The Honorable Gloria M. Navarro, at the onset of the complaint. This fact is referenced by the Plaintiff **not having filed** form AO-85 which was sent to Plaintiff as part of court document #3 of this case. As the text of the document states…"Consent forms should NOT be electronically filed. Upon consent of all parties, counsel are advised to manually file the form with the Clerk's Office." As this has not been done by the Plaintiff, then there has not been an agreement for this case to be seen by a Magistrate Judge, and no such proceedings should occur. It is the Plaintiff's right to been seen by the District Judge assigned and the Plaintiff will wait for the court to be able to allow this.

Respectfully submitted this 6th day of December, 2010.

1

Case 2:10-cv-01662-GMN-LRL   Document 19   Filed 12/07/10   Page 2 of 2

*[Signature]*
Timothy Harris
4005 Cherokee Rose Ave.
North Las Vegas, NV 89031
702-371-3658
extremeps1@cox.net

## CERTIFICATE OF SERVICE

I, the Plaintiff, Timothy Harris, does hereby certify that a copy of this Notice To District Judge was sent to the Defendant American General Financial Services Of America, Inc. through their attorney of record David W. Dachelet, Esq., Nevada Bar No. 6615, 300 South Fourth Street, Suite 1400, Las Vegas, Nevada 89101 for the purpose of satisfying the requirement for Notice and Service and was sent via the United States Postal Service pursuant to Federal Rules of Civil Procedure 4 (c) (2) (c) (i). This will also be available to any and all PACER ECF participants and will serve as Notice and Service.

*[Signature]*
Timothy P. Harris
4005 Cherokee Rose Ave.
North Las Vegas, NV. 89031
702-371-3658
extremeps1@cox.net

2