Timothy P. Harris, Pro Se'
4005 Cherokee Rose Ave.
North Las Vegas, NV. 89031
702-371-3658
extremeps1@cox.net

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Timothy P. Harris, Pro Se' <br> Plaintiff <br><br> V. <br><br> AMERICAN GENERAL FINANCIAL <br> SERVICES OF AMERICA, INC. <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No: 2:10-cv-01662-GMN-LRL

**Civil Rights Violation Complaint**
**Trial By Jury Demanded**

## AFFIDAVIT OF NON-CONSENT

The following is the true and correct statement of Plaintiff, Timothy Harris, on and for the record. This statement is made to the best of his knowledge.

I, Timothy P. Harris, Plaintiff, do not consent to having this case no. 2:10-cv-01662-GMN-LRL being adjudicated by a magistrate judge. I did not file form AO-85 in the clerks office and if a form was filed with my name on it, it is a forgery and was not done by my hand. I will wait for the District Judge of record, Gloria M. Navarro, to be able to hear this case.

Sworn to under penalty of perjury.


Respectfully submitted this 9th day of December, 2010

Timothy P. Harris
4005 Cherokee Rose Ave.
North Las Vegas, NV 89031
702-371-3658
extremeps1@cox.net

1

State of NEVADA
County of CLARK

Subscribed and sworn to (or affirmed) before me, D o N A 2 D   F R A S E R ,

Notary Public, on this ___9___ day of D E c E m B E r , 2009 by
2010

T I M o T H Y   P A u L   H A R R I S ,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before
me.

WITNESS my hand and official seal.

_____
Notary Public

DONALD FRASER
Notary Public State of Nevada
No. 06-104970-1
My Appt. Exp. March 8, 2014

## CERTIFICATE OF SERVICE

I, the Plaintiff, Timothy Harris, does hereby certify that a copy of this Affidavit
was sent to the Defendant  American General Financial Services Of America, Inc.
through their attorney of record David W. Dachelet, Esq., Nevada Bar No. 6615,
300 South Fourth Street, Suite 1400, Las Vegas, Nevada 89101 for the purpose of
satisfying the requirement for Notice and Service and was sent via the United
States Postal Service pursuant to Federal Rules of Civil Procedure 4 (c) (2) (c) (i).
This will also be available to any and all PACER ECF participants and will serve
as Notice and Service.

_____
Timothy P. Harris
4005 Cherokee Rose Ave.
North Las Vegas, NV. 89031
702-371-3658
extremeps1@cox.net

2