**FENNEMORE CRAIG, P.C.**
DAVID W. DACHELET, ESQ.
Nevada Bar No. 6615
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: 702.692.8000
Facsimile: 702.692.8099
e-mail: ddachele@fclaw.com

*Attorneys for Defendant American General Financial Services of America, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY P. HARRIS, Pro Se,<br><br>Plaintiff,<br><br>*vs.*<br><br>AMERICAN GENERAL FINANCIAL SERVICES, LLC,<br><br>Defendant. | Case No.:   2:10-cv-01662-GMN-LRL<br><br>**SUPPLEMENTAL RULE 7.1 DISCLOSURE CERTIFICATE AS TO INTERESTED PARTIES** |

The undersigned, counsel of record for Defendant AMERICAN GENERAL FINANCIAL SERVICES OF AMERICA, INC. ("AGFSA") erroneously sued as AMERICAN GENERAL FINANCIAL SERVICES, LLC, pursuant to Fed. R. Civ. P. 7.1 and Local Rule of Practice of the United States District Court for the District of Nevada 7.1-1, files this supplemental disclosure and certifies that the following have an interest in the outcome of this case:

1.  American General Financial Services of America, Inc. ("AGFSA") is a Delaware corporation, which is wholly owned by American General Finance Corporation ("AGFC"), an Indiana corporation.

2.  AGFC is wholly owned by American General Finance, Inc. ("AGFI"), an Indiana corporation,

3.  AGFI is eighty percent (80%) owned by certain investment funds managed by Fortress Investment Group, LLC, ("FIG") a Delaware limited liability company that is publicly traded through the New York Stock Exchange ("NYSE").  Twenty percent (20%) of AGFI is owned by AIG Capital Corporation ("AIGCC"), a Delaware corporation.

FENNEMORE CRAIG, P.C.
LAS VEGAS

4. AIGCC is wholly owned by American International Group, Inc. ("AIG"), an entity publicly traded through the NYSE.

These representations are made to enable Judges of the Court to evaluate possible disqualification or recusal.

DATED this 17th day of December, 2010.

                                        **FENNEMORE CRAIG, P.C.**

                                        By: : ***/s/ David W. Dachelet***
                                              DAVID W. DACHELET
                                              Nevada Bar No. 6615
                                              300 S. Fourth Street, Suite 1400
                                              Las Vegas, Nevada 89101
                                              Tel. (702) 692-8000
                                              Fax (702) 692-8099
                                              Email: ddachelet@fclaw.com
                                              *Attorneys for Defendant American General Financial Services of America, Inc.*

# CERTIFICATE OF SERVICE

On the 17th of December, 2010, I served the following document(s):

**SUPPLEMENTAL RULE 7.1 DISCLOSURE CERTIFICATE
AS TO INTERESTED PARTIES**

I served the above-named document(s) by the following means to the persons as listed below:

[ ]  **By ECF System** (or the "Notice of Electronic Filing" to all addressees):

[**X**]  **By U.S. Mail**, postage fully prepared to persons and addresses as follows:

Timothy P. Harris
4005 Cherokee Rose Avenue
North Las Vegas, Nevada 89031-3685
*Plaintiff In Pro Per*

[ ]  **By Personal Service (to persons and addresses):**

[ ]  For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

[ ]  For a party, deliver was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]  **By Direct Email** (as opposed to through the ECF system (list persons and email addresses). Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]  **By Facsimile Transmission:** (list persons and fax numbers): Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ]  **By Messenger:** I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger

LAS/MPARK/105284.1/12547.009

1   service.  (A declaration by the messenger must be attached to this Certificate of Service).
2        I declare under penalty of perjury that the foregoing is true and correct.
3        DATED this 17th day of December, 2010.
4
5           */s/ Shirley May Martir-Ligot*
          An Employee of Fennemore Craig, P.C.
6
7
...
28

FENNEMORE CRAIG, P.C.
LAS VEGAS

LAS/MPARK/105284.1/12547.009

- 4 -