# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

TIMOTHY P. HARRIS, *et al.*,            )
                                         )
         Plaintiff,                )
                                         )        2:10-cv-01662-GMN -VCF
v.                                       )
                                         )        **O R D E R**
AMERICAN GENERAL FINANCIAL               )
SERVICES, LLC,                           )
                                         )
         Defendant.                )
_____)

      Before the court is defendant's Motion To Stay Discovery Pending Resolution of Motion To Dismiss Amended Complaint. (#32).

      Plaintiff Timothy P. Harris filed his complaint on September 27, 2010. (#1). Defendant filed a motion to dismiss the complaint (#6) on October 20, 2010. As the motion was pending, defendant filed a motion to stay discovery. (#12). The court granted the motion to stay, and held that all discovery would be stayed pending further order of the court. (#17). The court stated that discovery was not necessary to resolve the pending motion to dismiss (#6), and that a stay would not prejudice any party. *Id.* Plaintiff filed a motion to vacate the order and lift the stay (#20), which the court denied (#25).

      On September 28, 2011, the court dismissed plaintiff's complaint (#27), with leave to file an amended complaint with respect to plaintiff's third claim only. Plaintiff filed his amended complaint on October 20, 2011. (#29). Thereafter, defendant filed its motion to dismiss the amended complaint (#31) and motion to stay discovery (#32). Defendant asserts that dismissal of the amended complaint is warranted (#29), because plaintiff merely re-alleges his claims from the first complaint, and fails to cure the deficiencies with regards to his third claim. (#32). Thus, defendant asks this court to continue the discovery stay until the resolution of the motion to dismiss (#31). The discovery stay issued by the court in its previous order (#17) is still in effect. The present motion is therefore moot.

Accordingly, and for good cause shown,

IT IS ORDERED defendant's Motion To Stay Discovery Pending Resolution of Motion To Dismiss Amended Complaint (#32) is DENIED as moot.  The discovery stay currently in place shall continue pending further order of the court.

DATED this 15th day of November, 2011.

_____
**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**